AO 91 (Rev. 11/11) Criminal Complaint AUSA Lindsay C. Jenkins (312) 353-0962

FILED

MAY 30 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

JOHN HUMMONS

CASE NUMBER:

18CR 332

MAGISTRATE JUDGE ROWLAND

# CRIMINAL COMPLAINT

I, the complainant, state that the following is true to the best of my knowledge and belief.

**COUNT ONE**: On or about April 13, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| *Code Section* | | *Offense Description* |
|---|---|---|
| Title 18, United States Code, Section 1951(a) | | obstructed, delayed and affected interstate commerce, and the movement of articles and commodities in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b). |

**COUNT TWO**: On or about April 13, 2018, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere, the defendant violated:

| *Code Section* | | *Offense Description* |
|---|---|---|
| Title 18, United States Code, Section 924(c)(1)(A) | | knowingly brandished a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, robbery in violation of Title 18, United States Code, Section 1951(a), as further set forth in Count One of this Complaint; |

This criminal complaint is based upon these facts: X Continued on the attached sheet.

DUSTIN T. GOURLEY
Special Agent, Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: May 30, 2018

*Judge's signature*

City and state: Chicago, Illinois

MARY M. ROWLAND, U.S. Magistrate Judge
*Printed name and Title*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS | ss

**AFFIDAVIT**

I, DUSTIN T. GOURLEY, being duly sworn, state as follows:

1. I am a Special Agent with the Federal Bureau of Investigation, and have been so employed since 2012. My current responsibilities include the investigation of violent crimes, including, among others, kidnapping, bank robbery, armed robberies of commercial institutions, and the apprehension of violent fugitives.

2. This affidavit is submitted in support of a criminal complaint alleging that on or about April 13, 2018, JOHN HUMMONS violated: (a) Title 18, United States Code, Section 1951(a), by obstructing, delaying and affecting commerce, and the movement of articles and commodities in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b); and (b) Title 18, United States Code, Section 924(c)(1)(A), by brandishing a firearm during and in relation to a crime of violence. Because this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that the defendant committed the offenses alleged in the complaint.

3. The information in this Affidavit is based on interviews of witnesses, my own observations and actions, including observations of surveillance videos,

information received from other law enforcement agents, my experience and training, and the experience of other agents.

## FACTS SUPPORTING PROBABLE CAUSE

### Introduction and Summary

4. FBI Chicago, along with the Chicago Police Department, is investigating a series of armed robberies that occurred in Chicago in March and April 2018. The series of armed robberies under investigation targeted fast food restaurants and later cellular telephone stores. During each of the robberies, two offenders, identified below in this affidavit as JOHN HUMMONS and Individual A, entered the store pretending to be customers. One of the offenders, usually HUMMONS, displayed a handgun while one or both men took cash from the store register and in some cases stole electronic devices such as cell phones and tablets. In multiple instances, a white Chrysler 300 bearing a Tennessee license plate that is registered to HUMMONS was identified as the getaway vehicle.

5. Based on the investigation to date, FBI believes HUMMONS and Individual A have committed at least the following eight robberies, all located in Chicago:

a. March 31, 2018: KFC, 5882 South Western Avenue;
b. April 1, 2018: McDonald's, 11421 South Halsted Avenue;
c. April 1, 2018: Popeye's Chicken, 7250 South Western Avenue;
d. April 5, 2018: Wendy's, 8645 South Stony Island;
e. April 6, 2018: Burger King, 28 East 87th Street;
f. April 7, 2018: Metro PCS, 3961 North Ashland Avenue;
g. April 12, 2018: Boost Mobile, 4538 North Broadway Avenue; and
h. April 13, 2018: T-Mobile, 1958 West Irving Park Road.

6. I am aware that each of the businesses listed above is engaged in interstate commerce in that they receive goods from out-of-state; sell goods that travel in, and are used in, interstate commerce; and are individual store outposts of large, multi-state and international business operations. In the section below, I have described some of the evidence gathered to date as to four of these robberies.

**April 1, 2018 Armed robbery of Popeye's**

7. On or about April 1, 2018, at approximately 6:36 p.m., an armed robbery occurred at the Popeye's restaurant located at 7250 South Western Avenue in Chicago, Illinois. The restaurant was robbed by two men at gunpoint.

8. According to surveillance footage and witness interviews. Individual A was a black male with a beard who was approximately 6'0 tall, weighed between 160 to 180 pounds, and who was wearing a brown hoody, blue jacket, and blue jeans. Witnesses described the person later identified as HUMMONS as a black male with a facial beard, who was approximately 6'0 tall, and weighed between 160 to 180 pounds. During the robbery, HUMMONS displayed a handgun, and Individual A took cash from the cash register, after which both men left the store.

9. Law enforcement received and reviewed video surveillance footage from Popeye's. The surveillance video appeared to show HUMMONS touching a number of surfaces while in the restaurant with his bare hand, including the interior door on the north side of the restaurant. A still photograph of HUMMONS, who is wearing a New England Patriots hat, is depicted below:



10. Following the robbery, CPD recovered several latent fingerprints from the interior side of the interior door on the north side of the restaurant. The latent fingerprints were entered into evidence by CPD. According to an examination conducted by CPD's Latent Print Unit, the latent fingerprints developed from the door of the restaurant were a match to known fingerprints for HUMMONS.

11. Additional surveillance video obtained from Popeye's revealed that a white Chrysler 300 was seen driving in the area of the Popeye's at approximately 6:30 p.m., which was about 6 minutes before the robbery.

**APRIL 7, 2018 ARMED ROBBERY OF METRO PCS**

12. On or about April 7, 2018, at approximately 5:45 p.m., the Metro PCS located at 3961 North Ashland Avenue in Chicago was robbed of cash and an unknown number of cellular telephones and tablets at gunpoint by two men.

13. According to surveillance footage and witness interviews, the person later identified as HUMMONS was a black male, between 40 – 55 years of age who was wearing jeans, a black jacket, sunglasses, and a New England Patriots hat. Witnesses described Individual A as a black male with a full beard who was approximately 40 – 55 years of age wearing a dark colored hoodie with the hood up, dark pants, and Nike shoes. According to the video footage, HUMMONS displayed a black revolver and forced a store employee to the ground. HUMMONS and Individual A removed cash from the store register and filled a backpack and white trash bag with phones and tablets. After forcing the store employee into the bathroom, both men left the store. A still photograph of HUMMONS, who is wearing a hat and carrying a white bag of stolen merchandise, is depicted below:



14. Additional surveillance video obtained from the surrounding area revealed that a white Chrysler 300 was seen driving in the area of the Metro PCS store at approximately 6:41 p.m. and 6:53 p.m.

15. On April 14, 2018, CPD conducted a photographic lineup with Employee 2, who positively identified Individual A and separately, HUMMONS as the persons who robbed the store on April 7, 2018.

**APRIL 13, 2018 ARMED ROBBERY OF T-MOBILE**

16. On or about April 13, 2018, at approximately 6:05 p.m., the T-Mobile store located at 1843 West Irving Park Road, Chicago, Illinois was robbed of cash by two men at gunpoint.

17. According to surveillance footage and witness interviews, the offenders were two black males. According to witnesses, one of the men who entered the store displayed a blue steel revolver and instructed the victim employees to open the

register. The offenders subsequently took cash from the store register. The store employees were forced at gunpoint into the back room of the T-Mobile store. The offender later identified by law enforcement as HUMMONS was described as a black male with black/gray facial hair who was wearing jeans, a black jacket, sunglasses, and a New England Patriots hat. A still photograph of HUMMONS during the robbery, while wearing a hat and holding the firearm described by witnesses in his right hand, is depicted below:



18. In response to the robbery, CPD officers obtained a description of the getaway vehicle described as a white Chrysler 300 with front-end damage. CPD officers located a vehicle in the area matching this description bearing Tennessee license plate Z53695 and a vehicle chase ensured. During the pursuit, Individual A

exited the vehicle and after a brief foot pursuit, was arrested by CPD in the area of North Broadway. The white Chrysler 300 continued fleeing from law enforcement and was not located that day.

19. As a part of its efforts to locate the white Chrysler 300, CPD obtained video surveillance footage from a Chicago Transit Authority bus traveling southbound on State Street as it crossed the overpass bridge at Wacker Drive. The bus footage captured the white Chrysler 300 as it traveled in front of the bus headed in the southbound direction. As depicted on the surveillance footage, at approximately 6:35 p.m., a person seated inside the vehicle threw an object out of the front passenger window in the direction of the Chicago River, but which appeared to hit the bridge and fall to the ground. The following is a still image from the surveillance video:




20. Within approximately 15 minutes, CPD officers who were canvassing the route the white Chrysler 300 had traveled reported that a blue steel revolver was recovered on State Street on the overpass bridge near Wacker Drive at the Chicago River in the area where the object had been tossed from the vehicle. The revolver, which had broken into pieces, was an Arminius HW7S .22 caliber revolver with one fired cartridge and five live cartridges. This firearm matched the general description of the weapon displayed during the T-Mobile robbery.

**ADDITIONAL INFORMATION CONCERNING HUMMONS**

21. Law enforcement has learned that on or about December 13, 2012, HUMMONS was indicted in the Northern District of Illinois for conspiracy to commit robbery affecting commerce, in violation of Title 18, United States Code, Section

1951(a); possession of a firearm in furtherance of a crime of violence and a drug trafficking crime, in violation of Title 18, United States Code, Section 924(c)(1); and possession of a firearm by a felon, in violation of Title 18, United States Code, Section 922(g).[1] That case is currently pending.

22. In September 2015, HUMMONS was released on bond to be supervised by Pretrial Services in Chicago, Illinois. On or about June 21, 2016, the terms and conditions of HUMMONS bond were modified to allow him to live in Jackson, Tennessee, and to be supervised by Pretrial Services in Tennessee. On or about December 10, 2017, HUMMONS was arrested in Jackson, Tennessee by the Jackson Police Department while driving the white Chrysler 300 referenced above for Driving Under the Influence and Reckless Driving, among other violations.

23. Although HUMMONS is residing in Tennessee, law enforcement is aware that he came to Chicago in connection with his pending case around the time of the robberies described in this affidavit. According to docket entry 446, on April 10, 2018, HUMMONS appeared in open court in Chicago, Illinois and pled guilty pursuant to a plea agreement to conspiracy to commit robbery affecting commerce. HUMMONS' sentencing hearing is set for July 12, 2018.

---

1 *United States v. Williams, et. al*, 12 CR 887 (N.D. IL) (Castillo, C.J.).

## CONCLUSION

24. Based on the foregoing facts, I respectfully submit that there is probable cause to believe that on or about April 13, 2018, JOHN HUMMONS obstructed, delayed and affected commerce, and the movement of articles and commodities in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b), in violation of Title 18, United States Code, Section 1951 and violated Title 18, United States Code, Section 924(c)(1)(A), by brandishing a firearm during and in relation to a crime of violence.

FURTHER AFFIANT SAYETH NOT.

DUSTIN GOURLEY
Special Agent
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on May 30, 2018.

MARY M. ROWLAND
United States Magistrate Judge