FILED

AUG 01 2019

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

15

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 18 CR 332 |
| v. | Violations: Title 18, United States Code, Sections 922(g)(1), 924(c)(1)(A), 924(e)(1), 1951(a) and 3147 |
| JOHN HUMMONS and TYREE RUTH | |

**Superseding Indictment**

JUDGE COLEMAN

## <u>COUNT ONE</u>   MAGISTRATE JUDGE ROWLAND

The SPECIAL JULY 2018 GRAND JURY charges:

Beginning in or around March 2018, and continuing until on or about April 13, 2018, in the Northern District of Illinois, Eastern Division, and elsewhere,

JOHN HUMMONS and
TYREE RUTH,

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, to obstruct, delay, and affect commerce, and the movement of articles and commodities in commerce, by robbery, as "commerce" and "robbery" are defined in Title 18, United States Code, Section 1951(b);

In violation of Title 18, United States Code, Section 1951(a); and

JOHN HUMMONS,

defendant herein, committed this offense while on release pursuant to an order dated September 16, 2015, from the United States District Court for the Northern District of Illinois, Case No. 12 CR 887, which order notified defendant of the potential effect of committing an offense while on pre-trial release;

In violation of Title 18, United States Code, Section 3147.

## **COUNT TWO**

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about March 31, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

defendants herein, did obstruct, delay, and affect "commerce," as defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in commerce, by robbery, in that the defendants did unlawfully take and obtain United States Currency from the person and in the presence of an employee of the Kentucky Fried Chicken, located at 5882 South Western Avenue in Chicago, Illinois, against his will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT THREE

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about March 31, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

did use, carry, and brandish a firearm during and in relation to a crime of violence for which they each may be prosecuted in a court of the United States, namely, robbery affecting commerce in violation of Title 18, United States Code, Section 1951(a), as charged in Count Two of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT FOUR

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 1, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

defendants herein, did obstruct, delay, and affect "commerce," as defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in commerce, by robbery, in that the defendants did unlawfully take and obtain United States Currency from the person and in the presence of an employee of the McDonald's, located at 11421 South Halsted in Chicago, Illinois, against his will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FIVE

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 1, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

did use, carry, and brandish a firearm during and in relation to a crime of violence for which they each may be prosecuted in a court of the United States, namely, robbery affecting commerce in violation of Title 18, United States Code, Section 1951(a), as charged in Count Four of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT SIX

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 1, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

defendants herein, did obstruct, delay, and affect "commerce," as defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in commerce, by robbery, in that the defendants did unlawfully take and obtain United States Currency from the person and in the presence of an employee of the Popeye's Louisiana Kitchen, located at 7250 South Western Avenue in Chicago, Illinois, against his will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## **COUNT SEVEN**

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 1, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

did use, carry, and brandish a firearm during and in relation to a crime of violence for which they each may be prosecuted in a court of the United States, namely, robbery affecting commerce in violation of Title 18, United States Code, Section 1951(a), as charged in Count Six of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT EIGHT

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 5, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

defendants herein, did obstruct, delay, and affect "commerce," as defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in commerce, by robbery, in that the defendants did unlawfully take and obtain United States Currency from the person and in the presence of an employee of the Wendy's, located at 8645 South Stony Island Avenue in Chicago, Illinois, against his will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT NINE

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 5, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

did use, carry, and brandish a firearm during and in relation to a crime of violence for which they each may be prosecuted in a court of the United States, namely, robbery affecting commerce in violation of Title 18, United States Code, Section 1951(a), as charged in Count Eight of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT TEN

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 6, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

defendants herein, did obstruct, delay, and affect "commerce," as defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in commerce, by robbery, in that the defendants did unlawfully take and obtain United States Currency from the person and in the presence of an employee of the Burger King, located at 28 East 87th Street in Chicago, Illinois, against his will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT ELEVEN

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 6, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

did use, carry, and brandish a firearm during and in relation to a crime of violence for which they each may be prosecuted in a court of the United States, namely, robbery affecting commerce in violation of Title 18, United States Code, Section 1951(a), as charged in Count Ten of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## **COUNT TWELVE**

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 7, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

defendants herein, did obstruct, delay, and affect "commerce," as defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in commerce, by robbery, in that the defendants did unlawfully take and obtain United States Currency and electronic devices from the person and in the presence of an employee of the Metro PCS store, located at 3961 North Ashland Avenue in Chicago, Illinois, against his will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## **COUNT THIRTEEN**

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 7, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

did use, carry, and brandish a firearm during and in relation to a crime of violence for which they each may be prosecuted in a court of the United States, namely, robbery affecting commerce in violation of Title 18, United States Code, Section 1951(a), as charged in Count Twelve of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT FOURTEEN

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 12, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

defendants herein, did obstruct, delay, and affect "commerce," as defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in commerce, by robbery, in that the defendants did unlawfully take and obtain United States Currency and electronic devices from the person and in the presence of an employee of the Boost Mobile store, located at 4538 North Broadway Avenue in Chicago, Illinois, against his will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT FIFTEEN

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 12, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

did use, carry, and brandish a firearm during and in relation to a crime of violence for which they each may be prosecuted in a court of the United States, namely, robbery affecting commerce in violation of Title 18, United States Code, Section 1951(a), as charged in Count Fourteen of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT SIXTEEN

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 13, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

defendants herein, did obstruct, delay, and affect "commerce," as defined in Title 18, United States Code, Section 1951(b), and the movement of articles and commodities in commerce, by robbery, in that the defendants did unlawfully take and obtain United States Currency and electronic devices from the person and in the presence of an employee of the T-Mobile store, located at 1958 West Irving Park Road in Chicago, Illinois, against his will, by means of actual and threatened force, and fear of injury to that employee;

In violation of Title 18, United States Code, Section 1951(a).

## COUNT SEVENTEEN

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 13, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

JOHN HUMMONS and
TYREE RUTH,

did use, carry, and brandish a firearm during and in relation to a crime of violence for which they each may be prosecuted in a court of the United States, namely, robbery affecting commerce in violation of Title 18, United States Code, Section 1951(a), as charged in Count Sixteen of this Indictment;

In violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

## COUNT EIGHTEEN

The SPECIAL JULY 2018 GRAND JURY further charges:

On or about April 13, 2018, at Chicago, in the Northern District of Illinois, Eastern Division,

### JOHN HUMMONS,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, an Arminius HW7S .22 caliber revolver bearing serial number 251346, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

## FORFEITURE ALLEGATION ONE

The SPECIAL JULY 2018 GRAND JURY further alleges:

1.     The allegations contained in this Indictment are incorporated here by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.     As a result of their violations of Title 18, United States Code, Section 922(g)(1), 924(c), and 1951(a) as alleged in the foregoing Indictment,

JOHN HUMMONS,

defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any and all right, title, and interest they may have in any property involved in the charged offense.

3.     The interest of the defendant subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c) includes but is not limited to property seized on or about April 13, 2018 including an Arminius HW7S .22 caliber revolver bearing serial number 251346.

All pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

## FORFEITURE ALLEGATION TWO

The SPECIAL JULY 2018 GRAND JURY further alleges:

1.  Upon conviction of an offense in violation of Title 18, United States Code, Section 1951 as set forth in this Indictment, defendant shall forfeit to the United States of America any property which constitutes and is derived from proceeds traceable to the offense, as provided in Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.  The property to be forfeited includes, but is not limited to a personal money judgment in an amount equal to the proceeds derived from the offenses in violation of Title 18, United States Code, Section 1951.

3.  If any of the property described above, as a result of any act or omission by a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of substitute property, as provided in Title 21, United States Code Section 853(p).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY