IN THE UNITED SATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case #: 18 CR 332 |
| ) | |
| JOHN HUMMONS, ) | |
| ) | |
| Defendant. ) | |

**ANTHONY J. SASSAN'S MOTION TO WITHDRAW**

**NOW COMES** Anthony J. Sassan, attorney of record for the Defendant, and moves this court for leave to withdraw as attorney of record for The Defendant, John Hummons, and in support thereof, states as follows:

1. On July 14, 2021, the Seventh Circuit remanded the instant case for re-sentencing.

2. On January 17, 2023, the Defendant filed a pro se' motion for substitution of judge and a pro se' motion to withdraw his guilty plea.

3. On January 18, 2023, Anthony J. Sassan was appointed to represent the Defendant pursuant to the CJA.

4. On March 27, 2023, this court continued this matter for status as to the Defendant's above pending pro se' motions.

5. On April 28, 2023, Attorney Sassan accepted a position with the law firm of Patton & Ryan, LLC to commence on May 15, 2023. Patton & Ryan, LLC, is a civil litigation lawsuit that does not handle criminal matters. In his new position, Attorney Sassan is not able to continue handling criminal defense matters other than those set for a Change of Plea or Sentencing Hearing.

6. Based on the above, Attorney Sassan is no longer able to continue representing the

Defendant in the instant case.

      7.  That this motion is not filed with the intent to delay this matter, or to prejudice either party.

      **WHEREFORE**, Anthony J. Sassan of Sassan & Sassan, LLC, prays that this court enter an order granting said law firm leave to withdraw its appearance, instanter, and to cease representation of The Defendant in this matter, and appoint substitute counsel to represent the Defendant pursuant to the applicable provisions of the CJA, and or for any such other relief is appropriate.

Respectfully Submitted,

**SASSAN & SASSAN, LLC**

/s/: *Anthony J. Sassan*
_____
On behalf of the Accused

Anthony J. Sassan (#6216800)
SASSAN & SASSAN, LLC
161 N. Clark Street, Suite 1600
Chicago, Illinois 60601
(312) 977-9050
ajs@sassanlaw.com

### IN THE UNITED SATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case #: 18 CR 332 |
| ) | |
| JOHN HUMMONS, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

To:   Counsel of Record (ECF Service List)

   Mr. John Hummons, Reg. #: 43255-424, Metropolitan Correctional Center, 71 W. Van Buren Street, Chicago, Illinois 60605

   The undersigned, being first duly sworn on oath, deposes and states that on **May 3, 2023**, he served to the above attorneys of record a copy of the attached **Anthony J. Sassan's Motion to Withdraw** via electronic filing and docketing system of the Northern District of Illinois ("ECF") to the above listed email addresses from ajs@sassanlaw.com before 11:59 p.m. and by depositing the above-referenced documents in a properly addressed, postage prepaid envelope into a U.S. Mailbox located in Niles, Illinois before 5:00 p.m.

/S/: *Anthony J. Sassan*
_____

Anthony J. Sassan (Atty #: 06216800)
SASSAN & SASSAN, L.L.C.
Attorneys for John Hummons
161 N. Clark Street, Suite 1600
Chicago, Illinois 60601
(312) 977-9050
ajs@sassanlaw.com